ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 SEP 12 P 4: 50

CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRELL LEWIS, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 307-040 |
| DARRELL HART, Warden, | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* is **MOOT**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 12 day of September, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's "Request for Extension of Time to File Objections" (doc. no. 9) is **MOOT,** as Petitioner's objection to the Report and Recommendation was timely filed.